STANLEY L. GIBSON (047882)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiff
PEMSTAR, INC. and
FALVEY CARGO UNDERWRITING, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEMSTAR, INC., a corporation; and FALVEY CARGO UNDERWRITING, LTD., a corporation;<br><br>                    Plaintiffs,<br><br>          v.<br><br>EXEL GLOBAL LOGISTICS, INC., a corporation; EXEL TRANSPORTATION SERVICES, INC., a corporation; EXEL GLOBAL LOGISTICS, INC., a corporation, d.b.a. EXEL CARGO INTERNATIONAL de MEXICO S.A. de C.V.; EXEL TRANSPORTATION SERVICES, INC., a corporation, d.b.a. EXEL CARGO INTERNATIONAL de MEXICO S.A. de C.V., and DOE ONE through DOE FIVE;<br><br>                    Defendants.<br><br>AND ALL RELATED ACTIONS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C 05-1657 MEJ<br>**E-FILING**<br><br>REQUEST FOR CONDITIONAL DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER |

Plaintiffs' counsel is pleased to report that this case is settled.  All that remains to be done is the exchange of releases and settlement funds.  Accordingly, Plaintiffs request that this action be dismissed with prejudice, provided however that if within 90 days of the entry of this order

///

///

1   any party files notice with the Court and serves such notice on the opposing parties that the terms

2   of this settlement have not been met, that this case will be restored to the Court's trial calendar.

3   The parties are also free to file an Unconditional Dismissal with Prejudice within 90 days of the

4   entry of this order.

5   Dated: August 2, 2005                    Respectfully submitted,

6                                            GIBSON ROBB & LINDH LLP

7
                                             By: _____ S/STANLEY L. GIBSON _____
8
                                                      Stanley L. Gibson
9                                                    Attorney for Plaintiff
                                                  SEAGATE TECHNOLOGY LLC
10

11  APPROVED AS TO FORM:

12

13  Dated: August 2, 2005                    FLYNN, DELICH & WISE LLP

14

15                                           By _____ S/CONTE C. CICALA _____

16                                                    Conte C. Cicala
                                                   Attorney for Defendants
17                                              EXEL GLOBAL LOGISTICS INC. and
                                                EXEL TRANSPORTATION SERVICES INC.
18

19

20          IT IS SO ORDERED.

21

22  Dated:  August 4, 2005 _____                                         _____ Judge

23

24

25                                                    Judge Maria-Elena James

26

27

28