Conte C. Cicala (Bar No. 173554)
Flynn, Delich & Wise LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
Email: contec@fdw-law.com

Attorneys for Defendants
EXEL GLOBAL LOGISTICS INC. and
EXEL TRANSPORTATION SERVICES INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| PEMSTAR, INC. AND FALVEY CARGO UNDERWRITING, LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>EXEL GLOBAL LOGISTICS, INC., a corporation, EXEL TRANSPORTATION SERVICES, INC., a corporation, EXEL GLOBAL LOGISTICS, INC., a corporation, d.b.a. EXEL CARGO INTERNATIONAL de MEXICO S.A. de C.V., EXEL TRANSPORTATION SERVICES INC., a corporation, d.b.a. EXEL CARGO INTERNATIONAL de MEXICO S.A. de C.V., and DOE 1 through DOE 5,<br><br>Defendants. | Case No.: C 05-01657 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE (UNCONDITIONAL) AND** ~~[PROPOSED]~~ **ORDER** |
| EXEL GLOBAL LOGISTICS INC.,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>LINEAS DE MEXICO S.A. DE C.V. and DOES ONE through TEN,<br><br>Third Party Defendants. | |

EXEL TRANSPORTATION SERVICES INC.'S THIRD-PARTY COMPLAINT AGAINST LINEAS DE MEXICO S.A. DE C.V. and DOES ONE through TEN -- Case No. C 05-01657 MEJ

-1-

```
EXEL TRANSPORTATION SERVICES    )
INC.,                           )
                                )
            Third Party Plaintiff,)
                                )
     vs.                        )
                                )
LINEAS DE MEXICO S.A. DE C.V.   )
and DOES ONE through TEN,       )
                                )
            Third Party         )
            Defendants.         )
_____)
```

Pursuant to settlement, the parties to this action hereby agree and stipulate to unconditional dismissal of this action with prejudice, each party to bear its own fees and costs.

DATED: August ___, 2005            GIBSON, ROBB & LINDH LLP


                                   By: _____/s/_____
                                        Stanley Gibson
                                   Attorneys for Plaintiffs
                                   PEMSTAR, INC. and FALVEY CARGO
                                   UNDERWRITING, LTD.


DATED: August ___, 2005            FLYNN, DELICH & WISE LLP


                                   By: _____/s/_____
                                        Conte C. Cicala
                                   Attorneys for Defendants and
                                   Third Party Plaintiffs EXEL
                                   TRANSPORTATION SERVICES INC.
                                   and EXEL GLOBAL LOGISTICS,
                                   INC.


IT IS SO ORDERED. The Clerk of Court shall close the file.


Dated: September 29, 2005

*Judge Maria-Elena James*

UNITED STATES DISTRICT JUDGE

---

EXEL TRANSPORTATION SERVICES INC.'S THIRD-PARTY COMPLAINT AGAINST LINEAS DE
MEXICO S.A. DE C.V. and DOES ONE through TEN -- Case No. C 05-01657 MEJ

-2-

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566